**Order entered October 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01124-CV

### IN RE THE SALES MOB, INC., AMBER JOHNSON, AND
### TRAVIS DELGADILLO, Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15848**

## ORDER
Before Justices Whitehill, Pedersen, III, and Partida-Kipness

Based on the Court's opinion of this date, we **DENY** relators' September 16, 2019 petition for writ of mandamus. We **DENY AS MOOT** relators' September 16, 2019 emergency motion for temporary relief.

/s/     BILL PEDERSEN, III
JUSTICE